**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John DOE, Defendant–Appellant.**

**No. 09–10148.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 13, 2009.

Thomas C. Simon, Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff-Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before KOZINSKI, Chief Judge, REINHARDT and SILVERMAN, Circuit Judges.

MEMORANDUM **

John Doe appeals from the district court's order recommitting him to a federal medical center for no more than 45 days to complete a dangerousness evaluation pursuant to 18 U.S.C. § 4246(a). The district court previously determined under 18 U.S.C. § 4241(d) that Doe was incompetent to stand trial on federal criminal charges and that he was not restorable to competency. Doe's claims are foreclosed by our recent decision in *United States v. Godinez–Ortiz*, 563 F.3d 1022 (9th Cir. 2009). We have jurisdiction under the collateral order doctrine, and we affirm the district court order. *See id.*

AFFIRMED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.